STATE OF NEW JERSEY v. EARL STAPLAR.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. AUGUST DAPOLITO.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. CLYDE BRIGGS.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. LEVERN SCOTT.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ELLERY D. SMITH.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. JOHN S. CZACHOR.

Oct. 30, 1979.  Petition for certification granted.